# BAKER DONELSON

100 LIGHT STREET • BALTIMORE, MARYLAND 21202 • 410.685.1120 • bakerdonelson.com

NEIL E. DUKE
**Direct Dial**: 410.862.1198
**Direct Fax**: 443.263.7598
**E-Mail Address**: nduke@bakerdonelson.com

May 6, 2019

## ELECTRONICALLY SERVED
## AND FILED VIA CM/ECF

The Honorable Deborah K. Chasanow
Judge, United States District Court for the District of Maryland
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

     Re:    *Borkowski, et al v. Baltimore County, Maryland, et. al.*
            Case Number: 1:18-cv-02809-DKC

Dear Judge Chasanow:

    As counsel for the Baltimore County Defendants, I am sending this correspondence to advise of a discovery-related issue that has surfaced which requires the intervention of the Court. As such, I am respectfully requesting an opportunity to participate in a conference call with your Honor (along with Plaintiffs' counsel), to describe the issue at hand and to seek the Court's guidance. If it pleases, could the Court suggest an acceptable date/time for a brief discussion? I would be most appreciative. My apologies for the informal nature of this communication.

                               Respectfully,

                               BAKER, DONELSON, BEARMAN,
                               CALDWELL & BERKOWITZ, PC

                               Neil E. Duke, Shareholder

NED:cld

    cc:    All Counsel of Record (via CM/ECF)

4819-4159-8358v1
2946788-000001 05/03/2019

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.