Wilkens commish    8:10 AM   3/22   spoke to
          410-512-2533                          ↓
    Application                          Commi. Roby
    Comm. Smoluck / 2048         Lisa Dever
    & 512-2032  Admin - Wisnewski

   (Clerk's office)        whitney.wisniewski@
                              mdcourts.gov

3/22 @ 9:15 AM spoke to Cpt. Reich - Legal
    he will get case file back from Office of Law
    flagged in system / commish who issued it?


3/22 @ 8:20 AM  spoke to Admin. Commish Wisnewski
    get copies of Applications

Case # 6
   David Ly
   Christopher Convers


3/22 @ 9:51 AM  received for cases filed
      3/20/18 from clerks office
3/22 @ 10 AM  Met w/ Wisnewski for denied
Wilkens Application