Jeff Bonnie Mess. for subpoena 10:25 AM
text warrant officer    9:38 AM

Scott                           charges on 3/20/18
   go talk to her
     Lisa talking
     BWC camera — not charging by
Finds out    — Stop going to Comm
attorney's name    — Civil law suit or worse
                        criminal charges

(Summons — dismiss it)

— Expungement but can't rush it —
          3 Months

Josephina — Grandma          (Summons
Gonzalez   Attorney # (410)385-5695    quickly)
         — Rick Ballwin
            Baldwin Law — (city)
12:32 pm @ r/house        Off. Dorfler #5737
   — Nursing home Roland Park Internship
   — 10 AM — 3 PM