> Good morning! This is Det. Burrows from Sex Crimes. Can you please let me know when you receive those summons for the boys I informed you about yesterday. I need to get them from you so the States Attorney can rescind them. I am also getting a lot of questions from my Major and Col. Thanks

Of course.. i have your number now.. will text u as soon as i see them

> Thx

Thu, Mar 22, 1:18 PM

Looks like I got no new warrants or summonses today.. probably because civilians were all off yesterday.. which means those warrants might be at warrant control today.. ill probably get them tmw

> I will try and intercept them and let u know

> We intercepted before the mail guys took them so I have them in hand- thx

Very good.. thx for letting me know