| | |
|---|---|
| **From:** | Nicholas A. Tomas |
| **Sent:** | Wednesday, February 22, 2017 7:49 AM |
| **To:** | Kristin S. Burrows |
| **Subject:** | FW: Subpoena for Video Footage from Berkshires at Town Center |
| **Attachments:** | Supoena Response Letter re Berkshire Town Center.pdf |

Detective Nick Tomas #4951
Baltimore County Police
-Special Victims Unit-
700 E. Joppa Road
Towson, MD 21286
410-887-2223
NTomas@BaltimoreCountyMd.gov

CONFIDENTIALITY NOTICE: The information contained in or attached to this e-mail message may be privileged and confidential communication, and is intended only for the use of the individual or entity to whom it is addressed. If you are not its intended recipient, or the employee, or agent responsible for delivering the message to the intended recipient, you are notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me in the Criminal Investigations Bureau immediately at 410-887-2223 and DELETE the message from your system. Thank you.

**From:** Liu, Sally [mailto:Sally.Liu@berkshire-group.com]
**Sent:** Tuesday, February 21, 2017 3:46 PM
**To:** Nicholas A. Tomas
**Cc:** Durham, Emily
**Subject:** RE: Subpoena for Video Footage from Berkshires at Town Center

Good afternoon Detective Tomas,
Attached is our response letter to the grand jury subpoena request dated February 6, 2017 regarding the above referenced matter.
I also copy and paste the link: https://lssmd.egnyte.com/fl/WlLKHe4Crf to access the materials for your convenience.

Please note that the originally signed Custodian of Records will be mailed to your attention.
Thank you,

Sally


**Sally Liu**
**Corporate Legal Assistant**
**Berkshire Group**
One Beacon Street | 24th Floor
Boston, MA 02108
T 617.556.8142
sally.liu@berkshire-group.com | www.berkshire-group.com

1

**From:** Nicholas A. Tomas [mailto:ntomas@baltimorecountymd.gov]
**Sent:** Tuesday, February 21, 2017 11:04 AM
**To:** Liu, Sally
**Subject:** Subpoena for Video Footage from Berkshires at Town Center

Sally,
- I have attached the subpoena as requested, this subpoena was emailed to Matt Zitko (Property Manager of: Berkshires at Town Center) on 02/06/17.
- Please keep me informed on the timely compliance of this request, the video footage may have crucial evidence for my sexual assault case.

Thanks in advance,

Detective Nick Tomas #4951
Baltimore County Police
-Special Victims Unit-
700 E. Joppa Road
Towson, MD 21286
410-887-2223
NTomas@BaltimoreCountyMd.gov

CONFIDENTIALITY NOTICE: The information contained in or attached to this e-mail message may be privileged and confidential communication, and is intended only for the use of the individual or entity to whom it is addressed. If you are not its intended recipient, or the employee, or agent responsible for delivering the message to the intended recipient, you are notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me in the Criminal Investigations Bureau immediately at 410-887-2223 and DELETE the message from your system. Thank you.



**CONNECT WITH BALTIMORE COUNTY**



www.baltimorecountymd.gov



VIA E-MAIL: ntomas@baltimorecountymd.gov

February 21, 2017

Detective Nick Tomas #4951
Baltimore County Police
700 E. Joppa Road
Towson, MD 21286

      Re:    Special Investigation – Grand Jury Subpoena
                Case No. 17-033-1484
                Berkshire at Town Center

Dear Detective Tomas:

I am counsel to the owner of BMIRF Town Center, L.L.C d/b/a Berkshire at Town Center. Please be kindly informed that the materials our client deems responsive to the grand jury subpoena request dated February 6, 2017 can be accessed through this link: https://lssmd.egnyte.com/fl/WlLKHe4Crf

    I trust this will eliminate any need for representatives of my client to appear personally.

                                            Very truly yours,

                                            Emily B. C. Durham
                                            Vice President & Assistant General Counsel

EBCD/sl
Cc: Matt Zitko