| | |
|---|---|
| From: | Whitney Wisniewski <Whitney.Wisniewski@mdcourts.gov> |
| Sent: | Friday, March 23, 2018 12:28 PM |
| To: | Lisa Dever |
| Subject: | RE: Anna Borkowski |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Good Afternoon,

Thank you for your email. After speaking to Detective Burrows yesterday regarding Ms. Borkowski, I sent out a department-wide email instructing Commissioners not to act if they receive any further applications. I have instructed Commissioners to forward me any applications if submitted, and in that event, I will contact you immediately. Please let me know if you need anything else.

Thanks,

Whitney