**From:** Lisa Dever
**Sent:** Friday, March 23, 2018 11:44 AM
**To:** whitney.wisniewski@mdcourts.gov
**Subject:** Anna Borkowski
**Attachments:** Borkowski.pdf

Good morning-
Attached please find a letter regarding charges filed by Anna Borkowski. Please confirm that you are in receipt of this email. A hard copy of the letter will be mailed today. The existing charges will be dismissed in court today at 1:00

Thank you for your attention to this matter.
Lisa

Lisa Dever
Chief of the Sex Offense and Child Abuse Division
Baltimore County State's Attorneys Office
410-887-6610

March 23, 2018

Whitney Wisinewski, Administrative Commissioner
District Court of Maryland
120 E. Chesapeake Avenue
Towson, MD 21286-5307

Re: Complainant- Anna Borkowski
Defendants- Christopher Convers
David Lyskawa
Matthew Channin

Commissioner Wisinewski:

On March 12, 2018 Complainant, Anna Borkowski filed an Application for Statement of Charges at the Wilkens Commissioners Office for First Degree Rape against Christopher Convers, David Lyskawa and Matthew Channin regarding alleged events that occurred on October 20, 2017. The Commissioner spoke with Detectives in the Special Victims Division as well as myself and we confirmed that the allegation had been fully investigated and that the States' Attorney's Office had declined to file charges because it is the opinion of this office that the case should not be pursued with criminal charges. Charges were not filed by the commissioner at that time. Later that day I was contacted by Rig Baldwin, the attorney representing the complainant, and advised him that the State would dismiss any charges that were filed.

On March 20, 2018 the Complainant went to the Towson Commissioners Office and filed charges against the same three Defendants for the same set of events. This time charges were filed against all three of the men. The State will be dismissing all charges.

This letter is to ask you to advise your staff of these circumstances. I know that you have obligations which you must follow and are not bound to follow our direction. However, absent any new or different evidence, we will not pursue criminal charges in this case. With that knowledge I am concerned about any potential future charges being issued by a commissioner with regard to this case.

Please contact me at 410-887-6610 if you have any further questions.

Sincerely,

Lisa Dever