Classes: 3/22 @ 9-10:45 AM
(off campus)

2201 Liberal Arts Building

~~3/~~ 2pm - 3:15pm 3/22
12:30 - 1:45pm (Liberal Arts 4315) ~~@~~
8-9:15AM

Come back on ~~SUNDAY~~ (MONDAY)
9:30 - 10:45AM

---

3/22 @ 12:40pm - Nick called victims cell#
- left VM
- charges filed @ DCT the other day

---

3/22 @ 1:28pm Returned Anna's VM
- Baltimore
- Baldwin Law

v/ out of town tomm 3/23
(will return on Monday)

- Advised could meet w/ us today 3/22 @ law office on Calvert St.

v/ called back @ 1:57pm