- V/ attorney screamed @ Lisa 10 min after denying the application

- he contacted Washington Post
- Scott have Lisa send letter to Whitney not to file charge'
  - informed Attorney via phone
  - Attorney
  - V + her mother, not forward on charges when + happened
    V/ understand what's going on + told mother, reason why
  - no force described + not incapacitated by law
- Scott said not to go there b/c of attorney

- boys attorney notified