**From:** Jessica M. Hummel
**Sent:** Thursday, November 9, 2017 11:43 AM
**To:** Anna Borkowski
**Subject:** Re: My Case

Anna,

I understand your frustration with everything. I was transferred to a different unit a week ago. Your case was re-assigned to another detective in the Special Victim's Unit. I'm not sure who it was transferred to, but if you call 410-887-2223 they will let you know. I would have thought they'd have contacted you, but I apologize. I had been working on your case & even though it may not seem as though it is being worked on, trust that it is and will be thoroughly investigated.

Take care,

Detective Jessica Hummel #4623
jhummel@baltimorecountymd.gov

---

**From:** Anna Borkowski
**Sent:** Thursday, November 9, 2017 9:32:45 AM
**To:** Jessica M. Hummel
**Subject:** My Case

Detective Hummel

I write this email out of frustration and concern about the status of my case. I understand from mutual friends that the suspects have yet to be spoken to and continue to live their lives with parties and bar hopping in Towson. I on the other hand have to put my life on hold, and wonder if anything is being done to vindicate this crime. Over two weeks ago I heard from you, after my mother called, to inquire of the status. At that time you'd said it would take two weeks for the investigation/interrogation. That time has now elapsed. I would like to know what the status of the case is and when I can expect there to be action. I would appreciate a reply today. It is extremely frustrating and I'm dealing with a lot, and seeing them have complete freedom with no worries, is more than infuriating. I live with this in my head. I'm going to therapy, it's impacting my grades and it's just not right. I feel as though there is no sense of urgency with my case. This is my life and to see that my offenders are living there lives as if nothing happened and are hosting house parties and are still going out is sickening. What is going on?

You have my contact information.

Anna Borkowski