UMBC is proud to launch <u>RETRIEVER ESSENTIALS:</u> a new faculty, staff, and student partnership to tackle food insecurity in our university community.

ConfidentialityNotice: This email message, including any attachments, is for the sole use of the intended recipient(s). The information contained in this message may be confidential and/or subject to legal privilege. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

On Thu, Mar 22, 2018 at 6:02 PM, Ronald L. Schwartz, Esq. <ronaldschwartz@verizon.net> wrote:
> Ms. Hoye:
> I have been advised that, as a result of new and unfounded criminal charges filed by Ms. Anna Borkowski, and pushed by her attorney (whose name is unknown to me), new restrictions have been placed on my client and the other 2 sexual misconduct respondents, which, I understand, include another ban from sports activities. I was informed about these charges yesterday by a reporter for the Washington Post, who was told of the new charges by either Ms. Borkowski or her lawyer.
> A call to the Lisa Dever, Chief of Sex Offense Division State's Attorney's office this morning revealed the following: About a week and a half ago, Ms. Borkowski went to a Court Commissioner (as is every person's right in this state) to swear out criminal charges against the 3 respondents. The Commission called the police and the State's Attorney's office, and informed the Commissioner that the investigation by the State's Attorney's office had been thoroughly staffed and investigated by multiple persons in the police department and the SAO, and that no criminal charges would be maintained. As a result, the Commissioner refused to issue charges. The attorney called up Ms. Dever, and got in a shouting match with her, because she told him that they would not pursue the matter and the case was closed. On Tuesday, after the State's Attorney's office was closed, and in anticipation of the pending snowstorm, Ms. Borkowski again went to a Commisisoner (different from the first one), who, in the absence of anyone to verify what happened, issued charges based on new allegations raised for the first time that she was drugged by the 3 boys and passed around while unconscious. This morning, when the State's Attorney's office reopened, they received a copy of the new complaint, and took immediate steps to dismiss the cases, which dismissal should occur within the next day or so. ==Additionally, the State's Attorney, on their own, send the police to tell Ms. Borkowski that she has to stop bringing these additional charges or they will file criminal abuse of process charges against her.== Nevertheless, I have been informed that someone (either the reporter for the Post, or Ms. Borkowski's attorney) contacted the athletic department, and Mr. Convers is now being put on a plane and sent home from Florida where he was playing on the team as a result of these new restrictions.
> I hopefully will get a letter from Ms. Dever tomorrow that I can share with you, or you can call her yourself, 410-867-6610, and verify that these new cases are being dismissed and expunged. In addition, Ms. Borkowski seems to willing to go to any lengths to pursue her vendetta against my clients, and UMBC is allowing themselves to be a witting participant in this vendetta. In fact, nothing has changed since this case was thoroughly investigated, except that Ms. Borkowski and her lawyer have, by filing false and defamatory charges completely inconsistent with their previous statements, succeeded in getting a court commissioner to issue unfounded (and soon to be dismissed) charges based on fallacious statements made under oath.
> If you can give me any cogent reason why these new restrictions have been imposed, please advise me before we seek additional legal redress.
> Ronald L. Schwartz, Esq.
> (301) 474-2300
> (301) 474-6607 (fax)
> ronaldschwartz@verizon.net
> www.ronaldschwartzlaw.com
>
> CONFIDENTIALITY NOTICE: This e-mail is intended only for the person to whom it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, you are hereby notified that reading, distributing, copying, re-transmitting or any other publication of this e-mail is prohibited. If you have received this e-mail in error, please destroy it and notify us at (301) 474-2300.
>
> Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any plan or arrangement addressed herein.