| Exhibit Number | Title |
|---|---|
| 1 | BCPD Lesson Plan Highlighted |
| 2 | Buzzfeed Unfounded Article |
| 3 | Chief Johnson Addresses Misrepresentations in BF Article |
| 4 | Kamenetz releases Independent Review |
| 5 | Memorandum of Findings and Recommendations |
| 6 | Confidential Release Authorization |
| 7 | Authorization for Sexual Assault Forensic Examination |
| 8 | Borkowski Hendler DNA Notification |
| 9 | Katelyn Frank DNA not obtained |
| 10 | MPIA Denial for SVU Staffing |
| 11 | Detective's Notes |
| 12 | Biological Evidence Retained Indefinitely |
| 13 | Fiscal Briefing |
| 14 | SAFE Kits will be held for 20 yrs. |
| 15 | Delayed Reporting & SVT |
| 16 | SVT Evidence Exceptions |
| 17 | Detective's Notes |
| 18 | Burrows Text Messages |
| 19 | Statement Frank Statement |
| 20 | Email Tomas to Burrows |
| 21 | Email Schwartz to Hoye Criminal Abuse of Process |
| 22 | Email Wisniewski to Dever re No Action |
| 23 | Email Dever to Wisniewski re Borkowski Decline to File |
| 24 | Detective's Notes |
| 25 | Detective's Notes |
| 26 | Email Borkowski to Hummel |
| 27 | John Cook Memorandum of Understanding |
| 28 | No Specific SOP for SVU |
| 29 | Affadavit of Robert Jagoe |
| 30 | Borkowski Partial Draft Investigative Report |
| 31 | Email Burrows to Fox re Borkowski |
| 32 | Schwartz Emails Highlighted |
| 33 | Email Ms Frank to Dever re Passed Out |

| | |
|---|---|
| 34 | Email Dever to Montgomery re Ms. Frank |
| 35 | Montgomery Report of Investigation Katelyn Frank |
| 36 | Shellenberger Letter to Legislators |
| 37 | UMBC Expulsions |
| 38 | UMBC Borkowski Hendler |
| 39 | UMBC Notice of Investigation |
| 40 | Hoye Borkowski 2017.12.05 |
| 41 | Sexual Offense Evidence Disposal Policy |
| 42 | SVT Evidence Exception |
| 43 | Retention Periods for Unsolved Cases with Biological Evidence |
| 44 | DNA Evidence Collection |
| 45 | SA Evidence Collection Kits Stored as of 12.31.2017 |
| 46 | Email Delfosse to Prinkey John Doe v Board of Regents UM |
| 47 | Six Recommendations 02.01.2017 |
| 48 | Email Schwartz to Hoye Criminal Abuse of Process |
| 49 | Hendler Toxicology |
| 50 | Hendler SAFE test request HIGHLIGHTED |
| 51 | UMBC Student Conduct Review Hearing Testifying Witness Form |
| 52 | SAITF Findings and Recommendations |