**BRIAN E. FROSH**
*Attorney General*



**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**CAROLYN QUATTROCKI**
*Deputy Attorney General*

## STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

FACSIMILE NO.

WRITER'S DIRECT DIAL NO.

(410) 576-6955

(410) 576-6996
wshiff@oag.state.md.us

July 20, 2022

The Honorable Deborah K. Chasanow
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

>       Re:    *Anna Borkowski v. Scott Shellenberger, et al.*
>              Case No. 1:18-cv-02809

Dear Judge Chasanow,

The Proposed Pretrial Order was filed earlier today (ECF 160). The Proposed Pretrial Order refers to a Motion *in Limine* that will be filed by Defendants regarding email between Ronald Schwartz and UMBC officials (Plaintiff's Exhibit 25). I write to advise that Defendants will not be filing that motion. As indicated in the Proposed Pretrial Order, the Defendants object to the admissibility of that evidence and continue to assert that objection.

Thank you for your continued courtesy and attention to this case.

Respectfully yours,

/s/ Wendy L. Shiff

Wendy L. Shiff
Assistant Attorney General

cc:  all counsel