IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANNA BORKOWSKI**, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1:18-cv-2809-DKC |
| **BALTIMORE COUNTY, MARYLAND,** *et al.* | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### INDEX OF EXHIBITS TO
### DEFENDANTS' MEMORANDUM IN RESPONSE TO THE
### COURT'S PROPOSED JURY INSTRUCTION (ECF NO. 175)

**Exhibit A:**

Transcript Excerpts from the March 24, 2021 Deposition of Josefina Gonzalez

**Exhibit B:**

Transcript Excerpts from the January 21, 2021 Deposition of Anna Borkowski

**Exhibit C:**

Victim's Motion to Vacate Dismissal of Charges and Expunction, and to Enforce Victim's Rights and Request for Hearing: *State of Maryland v. Convers*

**Exhibit D:**

[Confidential Document]

**Exhibit E:**

[Confidential Document]

**Exhibit F:**

Docket Entries: *Hendler v. Convers, et al.*

**Exhibit G:**

May 6, 2019 Complaint: *Borkowski v. Garrett, et al.*

1

**Exhibit H:**

Report of Ms. Borkowski's Interview with Sergeant Morris Greenberg [contains sensitive medical information – filed under seal]

**Exhibit I:**

Notice to Applicant for a Charging Document

**Exhibit J:**

[Confidential Document]

**Exhibit K:**

March 14, 2018 Complaints: *Borkowski v. Convers*, *Borkowski v. Channin*, and *Borkowski v. Lyskawa*

**Exhibit L:**

March 20, 2018 Complaints: *Borkowski v. Convers*, *Borkowski v. Chanin*, *Borkowski v. Lyskawa*

**Exhibit M:**

Email from Rig Baldwin to Brian Edwards Requesting Reopening of Investigation [contains sensitive medical information – filed under seal]

**Exhibit N:**

[Confidential Document]

**Exhibit O:**

July 2, 2020 Withdrawal of Request to Investigate