

**BRIAN E. FROSH**
*Attorney General*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**CAROLYN QUATTROCKI**
*Deputy Attorney General*

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

FACSIMILE NO.

(410) 576-6955

WRITER'S DIRECT DIAL NO.

(410) 576-6996
wshiff@oag.state.md.us

August 30, 2022

VIA ELECTRONIC FILING
The Honorable Deborah K. Chasanow
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    *Anna Borkowski v. Scott Shellenberger, et al.*
             Case No. 1:18-cv-02809

Dear Judge Chasanow,

    Please be advised that the parties have settled this case. The settlement is contingent upon approval of the Board of Public Works (BPW). I anticipate consideration by the BPW at its meeting on October 12, 2022.

    Under the terms of the settlement, all claims of Ms. Borkowski shall be dismissed with prejudice. This includes claims for attorneys' fees and expenses.

    This settlement does not impact the appellate rights of the individuals whose claims were dismissed (ECF 103).

    Thank you for your courtesy.

Respectfully yours,

/s/ Wendy L. Shiff

Wendy L. Shiff
Assistant Attorney General

cc:  all counsel